772 A.2d 918

IN THE MATTER OF FRANCIS X. GAVIN, AN ATTORNEY AT LAW.

June 6, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–025 concluding that **FRANCIS X. GAVIN** of **HACKETTSTOWN**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (failure to act with reasonable diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.16(d) (failure to refund unearned fee) and *RPC* 8.1(b) (failure to comply with reasonable requests for information from a disciplinary authority), and good cause appearing;

It is ORDERED that **FRANCIS X. GAVIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.